Chief Judge Hogan

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **of Columbia** |
|---|---|
| Name of Movant **Damion Peddie** | Prisoner No. **30558-037** | Case No. **03-317-01** |
| Place of Confinement **P.O. Box 90043 Petersburg, VA 23804** | | |

UNITED STATES OF AMERICA   v. **Damion Peddie**
(name under which convicted)

RECEIVED
JUN 1 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. District Court of Washington D.C, 333 Constitution Ave, N.W Washington DC 20001**

2. Date of judgment of conviction **15th of March 2004**

3. Length of sentence **70 months**

4. Nature of offense involved (all counts) **Illegal Re-entry 8 U.S.C 1326, unlawful Re-entry of a removed Alien**

CASE NUMBER   1:05CV01201
JUDGE: Thomas F. Hogan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 06/20/2005

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐ **N/A**
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒ **N/A**

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(2)